FILED

06/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0278

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0278

_____

IN RE THE MARRIAGE OF:

TASHA SQUILLACIOTTI,

     Petitioner and Appellee,

and

BRIAN SQUILLACIOTTI,

    Defendant and Appellant.

_____

O R D E R

**FILED**

JUN 2 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

    Appellant has filed a motion for extension to file his opening brief in the matter. While Appellant avers he contacted Appellee, he does not indicate whether this motion is opposed or unopposed.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until August 8, 2024, to prepare, file, and serve his opening brief.

    No further extensions will be granted unless Appellant advises to the Court as to whether the motion is opposed or unopposed.

    DATED this 28 day of June, 2024.

For the Court,

Chief Justice